FILED

04/13/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0330

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0330

_____

JASON TERRONEZ,

      Plaintiff and Appellant,

  v.                                   O R D E R

DAVIS, HATLEY, HAFFEMAN & TIGHE, P.C.,

      Defendant and Appellee.

_____

      This cause, which was previously classified for submission on briefs to a five-justice panel, is hereby reclassified for submission to the Court sitting en banc.

      The Clerk is directed to provide a copy hereof to all counsel of record.

      For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 13 2022